J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Edward Maxwell
Shaleen Maxwell a/k/a Sheena Maxwell
a/k/a Shaleen Soni a/k/a Shaleen Soni
*sheena.maxwell@fastmail.fm*
*sheena.maxwell@gmail.com*
P.O. Box 492768
Lawrenceville, GA 30049
Telephone: (678) 699-5822

Defendants, *in pro se*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Entertainment Inc., | Case No. CV11-1850 RGK (MANx) |
| Plaintiff, | [~~PROPOSED~~] CONSENT DECREE AND PERMANENT INJUNCTION |
| v. | |
| Edward Maxwell, an individual and d/b/a www.lostsilver.com, www.vsom.com and Video Search; Shaleen Maxwell a/k/a Sheena Maxwell a/k/a Sheena Soni a/k/a Shaleen Soni, an individual and d/b/a www.lostsilver.com, www.vsom.com and Video Search, and Does 1 through 10, inclusive, | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff") and Defendants Edward Maxwell, an individual and d/b/a www.lostsilver.com, www.vsom.com and Video Search, and Shaleen

Maxwell a/k/a Sheena Maxwell a/k/a Sheena Soni a/k/a Shaleen Soni, an individual and d/b/a www.lostsilver.com, www.vsom.com and Video Search (collectively "Defendants"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)     This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendants.

2)     Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, video compact discs (VCDs), digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference  (collectively referred to herein as "Plaintiff's Works").

3)     Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)     Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c) Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation,

and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: June 16, 2011

_____
Hon. R. Gary Klausner
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
     J. Andrew Coombs
     Nicole L. Drey
Attorneys for Plaintiff Warner Bros.
Entertainment Inc.

Edward Maxwell, an individual and d/b/a
www.lostsilver.com, www.vsom.com and
Video Search

By: _____
     Edward Maxwell, an individual and
     d/b/a www.lostsilver.com,
     www.vsom.com and Video Search
Defendant, *in pro se*

Shaleen Maxwell a/k/a Sheena Maxwell
a/k/a Sheena Soni a/k/a Shaleen Soni, an
individual and d/b/a www.lostsilver.com,
www.vsom.com and Video Search

By: _____
     Shaleen Maxwell a/k/a Sheena
     Maxwell a/k/a Sheena Soni a/k/a
     Shaleen Soni, an individual and d/b/a
     www.lostsilver.com, www.vsom.com
     and Video Search
Defendant, *in pro se*

# EXHIBIT A

# PLAINTIFF'S WORKS

| Titles | Registration Numbers |
|---|---|
| Wonder Woman (1974 TV MOVIE) | LP 47005 |
| An Enemy of the People (1978) | PA 28976 |
| Age of Consent (1932) | R 242097 |
| Devil Thumbs a Ride | R 575632 |
| Hit Man, The (1972) | R 828284 |
| Hercules Samson and Ulysses (1963) | RE 584423 |
| Once a Thief (1964) | RE 584424 |
| Assignment to Kill (1969) | RE 703858 |
| Gypsy Moths (1969) | RE 759715 |
| Eyes of Charles Sand, The (1972) | RE 830087 |
| Phoenix City Story | RE 163421 |
| Devil Makes Three (1952) | RE 43726 |
| Your Cheatin' Heart | RE 588129 |
| Wild, Wild Planet (1965) | RE 630140 |
| Such Dust as Dreams Are Made On (1973)  (Episode From "Harry O") | PA78205 |
| China 9 Liberty 37 (1984) | PA 1702505 |
| Deadly Trackers (1973) | RE 849212 |
| Handle with Care (1958) | RE 279850 |
| Iron Mistress (1952) | RE 508815 |
| Justice League Series | COMPILATION<br>Secret Origins PA 1-117-260;<br>In the Blackest Night Part I PA 1-117-258<br>In the Blackest Night Part II PA 1-117-258;<br>The Enemy Below Part I PA 1-117-266;<br>The Enemy Below Part II PA 1-117-257 |
| Longest Night, The (1936) | R 322918 |
| Manhattan Melodrama (1934) | R 275548 |
| Massacre (1934) | R 272619 |
| No Blade of Grass (1970) | RE 782037 |
| Room Service (1938) | R 373950 |
| Tartars (Widescreen) (1961) | RE 441183 |
| Wide Open (Widescreen) (1930) | R 187769 |